RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
E-mail: rholley@nevadafirm.com
OGONNA M. ATAMOH, ESQ.
Nevada Bar No. 7589
E-mail: oatamoh@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
*Attorneys for Saiid Forouzan Rad and R. Phillip Nourafchan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAIID FOROUZAN RAD; and R. PHILLIP NOURAFCHAN<br><br>Defendants. | CASE NO.:   2:14-CV01947-APG-PAL<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PROCEEDINGS AGAINST SAIID FOROUZAN RAD** |

Defendants Saiid Forouzan Rad ("Rad") and Phillip Nourafchan ("Nourafchan") (Rad and Nourafchan shall collectively be referred to as the "Defendants" hereafter) and Plaintiff Branch Banking and Trust Company ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS,

1. On November 21, 2014, Plaintiff commenced the above-captioned action against Defendants. *Docket No. 1.*

2. On February 2, 2015, Defendants filed a Motion to Dismiss (the "Motion to Dismiss"). *Docket No. 9.*

3. On February 27, 2015, Plaintiff filed an Opposition to Defendants' Motion to Dismiss. *Docket No. 16.*

4. On March 9, 2015, Defendants filed a Reply in Support of Defendants' Motion to Dismiss. *Docket No. 18.*

1 | 5. As of the date of filing this Stipulation, no other motions are currently pending
2 | and no hearing has been set on any of the motions.
3 | 6. The parties' discovery plan/scheduling order was entered on March 10, 2015.
4 | *Docket No. 20.*
5 | 7. Defendant Rad is suffering from a health condition and is currently undergoing
6 | treatments for an extended period of time. ACCORDINGLY, IT IS HEREBY STIPULATED
7 | AND AGREED THAT:
8 | 1. The Parties agree to stay discovery against Defendant Rad until this Court rules
9 | on the pending Motion to Dismiss [Dkt. No. 9] or Defendant Rad is no longer undergoing
10 | treatment, but in no event shall discovery be stayed beyond May 31, 2015. This stipulation does
11 | not stay discovery against Defendant Nourafchan.
12 | The Parties respectfully request the Court's entry of order approving this stipulation.

Dated: 3/17/15

**HOLLAND & HART LLP**

J. STEPHEN PEEK, ESQ.
Nevada Bar No. 1758
JOSEPH G. WENT, ESQ.
Nevada Bar No. 9920
NICOLE E. LOVELOCK, ESQ.
Nevada Bar No. 11187
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 891374

*Attorneys for Branch Banking and Trust Company*

Dated: March 17, 2015

**HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON**

RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
OGONNA M. ATAMOH, ESQ.
Nevada Bar No. 7589
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Saiid Forouzan Rad and R. Phillip Nourafchan*

**IT IS SO ORDERED:**

United States Magistrate Judge
DATED: March 24, 2015

08172-0::/1474057_2.doc