J. Stephen Peek, Esq.
Nevada Bar No. 1758
Joseph G. Went, Esq.
Nevada Bar No. 9220
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
jspeek@hollandhart.com;
jgwent@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAIID FOROUZAN RAD, an individual; R. PHILLIP NOURAFCHAN, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO: 2:14-cv-01947-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SUBMITTED IN COMPLIANCE WITH LR 26-4]** |

Pursuant to Rule 26(f) of the Federal Rule of Civil Procedure and Local Rule 26-4, Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate to extend the discovery deadlines set forth in the Scheduling Order (Dkt. 20) by forty-five (45) days as set forth below.

/ / /

/ / /

1

A.  **Discovery Completed, Reasons for Discovery Extension, and Type of Discovery**

The parties exchanged initial disclosures. No other discovery has been conducted. On March 17, 2015, the parties entered into a Stipulation and order to Stay Discovery Proceedings Against Saiid Forouzan Rad ("Stipulation") (Dkt. 21) to stay the discover as to Defendant Rad only. On March 24, 2015, Magistrate Leen approved the Stipulation and ordered that discovery would be stayed against Defendant Rad until there was a ruling on the pending Motion to Dismiss (Dkt. 9) or Defendant Rad was no longer undergoing health treatment, but in no event would discovery be stayed past May 31, 2015. *See* Dkt. 22. On or about June 1, 2015, Defendant Rad passed away. *See* Dkt. 23. The parties seek the discovery extension to ensure the proper parties are able to participate in discovery as Mr. Rad's family is in the process of addressing issues relating to Mr. Rad's estate. The parties will conduct written discovery and may depose certain individuals.

B.  **Proposed New Discovery Dates**

(1)  Discovery Cut Off Date. The closing of the discovery period is currently August 3, 2015 and shall be extended to **September 17, 2015.**

(2)  Initial Disclosures. Counsel for the parties met and conferred on February 20, 2015 and the parties have exchanged initial disclosures. This deadline does not need to be extended.

(3)  Amending the Pleadings and Adding Parties. The date for filing motions to amend the pleadings or to add parties was May 5, 2015. As set forth in the Suggestion of Death Upon the Record (Dkt. 23), Defendant Rad passed away on or about June 1, 2015 and Defendants shall notify Plaintiff when Mr. Rad's estate has been formed to allow Plaintiff to name Mr. Rad's estate as the proper defendant in the action.

(4)  Expert Witness Disclosures. The disclosure of any expert witnesses was June 4, 2015 and the deadline for disclosures of any rebuttal experts is July 3, 2015. These deadlines do not need to be extended.

(5)  Dispositive Motions. The deadline for dispositive motions is currently September 2, 2015 and shall be extended to **October 16, 2015.**

(6) <u>Pretrial Order</u>.  The deadline for the Joint Pretrial Order (including Rule 26(a)(3) disclosures) is currently October 2, 2015 and shall be extended to **November 16, 2015**. However, in the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court.

(7) <u>Interim Status Report</u>.  The parties filed an Interim Status Report on June 4, 2015. This deadline does not need to be extended.

DATED: June 30, 2015

DATED: June 30, 2015

/s/ Joseph G. Went
J. Stephen Peek, Esq.
Joseph G. Went, Esq.
Nicole E. Lovelock, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

/s/ Oganna M. Brown
Richard F. Holley, Esq.
Ogonna M. Brown, Esq.
HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorney for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: July 14, 2015