J. Stephen Peek, Esq.
Nevada Bar No. 1758
Joseph G. Went, Esq.
Nevada Bar No. 9220
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
jspeek@hollandhart.com;
jgwent@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAIID FOROUZAN RAD, an individual; R. PHILLIP NOURAFCHAN, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO: 2:14-cv-01947-APG-PAL<br><br>**STIPULATION TO ENLARGE TIME TO FILE MOTION TO SUBSTITUTE PARTY PURSUANT TO FRCP 25(a)**<br><br>**AND ORDER THEREON**<br><br>**(FIRST REQUEST)** |

Pursuant to Rule 6(b) of the Federal Rule of Civil Procedure ("FRCP") and Local Rule 6-1, Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate to enlarge the time to file a motion to substitute the proper party following the death of Defendant Saiif Forouzan Rad ("Rad"). A Suggestion of Death Upon the Record (Dkt. 23) was filed on June 2, 2015. Pursuant to FRCP 25(a), the current deadline to file a motion to substitute the proper party following death is September 3, 2015. The parties stipulate to enlarge the time in which to file the motion for substitution by sixty days, with the new deadline being **November 2, 2015**.

1

Within the original ninety-day period, the Court has discretion to enlarge the time set forth in FRCP 25(a) based upon good cause. FRCP 6(b); *see also Unicorn Tales, Inc. v. Banajee*, 138 F.3d 467, 470 (2nd Cir. 1998); *Kernisant v. City of New York*, 225 F.R.D. 422, 430 (E.D. N.Y. 2005). Here good cause exists to enlarge the time because counsel has been attempting to identify the proper party to substitute, but as of today, no one has yet to be appointed as an executor or administrator of the decedent's estate.

DATED: August 20, 2015

J. Stephen Peek, Esq.
Joseph G. Went, Esq.
Nicole E. Lovelock, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

DATED: August 20, 2015

Richard F. Holley, Esq.
Ozonna M. Brown, Esq.
HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorney for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: August 20, 2015.