RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
E-mail: rholley@nevadafirm.com
OGONNA M. BROWN, ESQ.
Nevada Bar No. 7589
E-mail: obrown@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308

Attorneys for Saiid Forouzan Rad and R. Phillip Nourafchan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAIID FOROUZAN RAD; and R. PHILLIP NOURAFCHAN,<br><br>Defendants. | CASE NO.:    2:14-cv-01947-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |

Defendants Saiid Forouzan Rad ("Rad")[1] and Phillip Nourafchan ("Nourafchan") (Rad and Nourafchan shall collectively be referred to as the "Defendants" hereafter) and Plaintiff Branch Banking and Trust Company ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS,

1.    On November 21, 2014, Plaintiff commenced the above-captioned action against Defendants. *Docket No. 1.*

2.    On February 2, 2015, Defendants filed a Motion to Dismiss (the "Motion to Dismiss"). *Docket No. 9.*

---

[1]  The Estate of Saiid Forouzan and Akbar Rastgoo Damavandi, Special Administrator (the "Estate") is proposed to be substituted in place of Defendant Saiid Forouzan Rad as set forth in the Motion to Substitute Party Pursuant to FRCP 25(a) filed on August 28, 2015 [Dkt. No. 29].

08172-02/1569293.doc

- 1 -

3.    On February 27, 2015, Plaintiff filed an Opposition to Defendants' Motion to Dismiss. *Docket No. 16.*

4.    On March 9, 2015, Defendants filed a Reply in Support of Defendants' Motion to Dismiss. *Docket No. 18.*

5.    As of the date of filing this Stipulation, other than the Motion to Substitute Party Pursuant to FRCP 25(a) [Dkt. No. 29], no other motions are currently pending.

6.    Oral Argument has been set on Defendant's Motion to Dismiss for September 17, 2015 at 02:00 PM at the Thomas & Mack Moot Court Room at UNLV's Boyd School of Law before Judge Andrew P. Gordon.

7.    On September 17, 2015, Defendants' counsel Richard F. Holley, Esq. will be traveling en route to Wilmington, Delaware to appear in Bankruptcy Court in an unrelated matter; and Defendants' counsel Ogonna M. Brown, Esq. will appear at an unrelated bankruptcy hearing.

8.    The parties' discovery plan/scheduling order was entered on March 10, 2015. *Docket No. 20.*

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

08172-02/1569293

1  ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

2      1.      The Parties agree to continue the oral argument on the hearing for the Motion to

3  Dismiss to September 23, 2015, or September 25, 2015, at 2:00 p.m., subject to the Court's

4  availability.

5      2.      The Parties respectfully request the Court's entry of order approving this

6  stipulation.

7  Dated: _9/8/15_____          Dated: _September 8, 2015_____

8  **HOLLAND & HART LLP**                 **HOLLEY, DRIGGS, WALCH,**
                                          **PUZEY & THOMPSON**
9

10

   J. STEPHEN PEEK, ESQ.                  RICHARD F. HOLLEY, ESQ.
11 Nevada Bar No. 1758                    Nevada Bar No. 3077
   JOSEPH G. WENT, ESQ.                   OGONNA M. ATAMOH, ESQ.
12 Nevada Bar No. 9920                    Nevada Bar No. 7589
   NICOLE E. LOVELOCK, ESQ.              400 South Fourth Street, Third Floor
13 Nevada Bar No. 11187                   Las Vegas, Nevada 89101
   9555 Hillwood Drive, 2nd Floor
14 Las Vegas, Nevada 891374              *Attorneys for Saiid Forouzan Rad and R. Phillip*
                                         *Nourafchan*
15 *Attorneys for Branch Banking and Trust*
   *Company*
16
   **IT IS ORDERED**: The hearing regarding the Motion to Dismiss [9] set for Thursday, September 17, 2015 is
17 **VACATED** and **CONTINUED** to Wednesday, September 23, 2015 at 2:00 p.m. in Courtroom 6C.

18
                                          **IT IS SO ORDERED:**
19

20

21                                        **UNITED STATES DISTRICT JUDGE**

                                          DATED:  September 8, 2015
22

23

24

25

26

27

28

- 3 -