RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
E-mail: rholley@nevadafirm.com
OGONNA M. BROWN, ESQ.
Nevada Bar No. 7589
E-mail: obrown@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308

*Attorneys for Saiid Forouzan Rad and R. Phillip Nourafchan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>SAIID FOROUZAN RAD; and R. PHILLIP NOURAFCHAN,<br><br>           Defendants. | CASE NO.:    2:14-cv-01947-APG-PAL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PARTY PURSUANT TO FRCP 25(a)** |

The Court having reviewed the Motion to Substitute Party Pursuant to FRCP 25(a) filed by RICHARD F. HOLLEY, ESQ. and OGONNA M. ATAMOH, ESQ. of the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, and good cause appearing:

**IT IS HEREBY ORDERED**:

1. That Motion to Substitute Party Pursuant to FRCP 25(a) in this case is GRANTED;

2. That the Estate of Saiid Forouzan and Akbar Rastgoo Damavandi, Special Administrator (the "Estate") are substituted in place of Defendant Saiid Forouzan Rad, who passed away or about June 1, 2015;

. . .

. . .

- 1 -

3.  The Clerk of the Court is directed to take necessary action to effectuate this Order.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: October 8, 2015

Prepared and Submitted By:

**HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON**


 /s/ Ogonna M. Brown
RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
OGONNA M. BROWN, ESQ.
Nevada Bar No. 7589
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Saiid Forouzan Rad and R. Phillip Nourafchan*