J. Stephen Peek, Esq.
Nevada Bar No. 1758
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
jspeek@hollandhart.com;
jgwent@hollandhart.com

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF SAIID FOROUZAN RAD AND AKBAR RAGSTOO DAMAVANDI; PHILLIP NOURAFCHAN, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO: 2:14-cv-01947-APG-PAL<br><br>**JUDGMENT** |

Based upon the order of this Court on file herein as ECF No. 50, which is incorporated herein by reference:

**IT IS HEREBY ORDERED AND ADJUDGED** that as of September 27, 2016, the amount due and owing to Plaintiff Branch Banking and Trust Company from the above-captioned Defendants pursuant to the terms of the loan documents that are the subject of this case is $46,049,177.47, comprised of principal in the amount of $33,461,408.21 and accrued interest in the amount of $12,587,769.26, which was calculated pursuant to the non-default interest rate of 4.75%. The outstanding balance shall accrue interest at the *per diem* rate of $4,415.04 from September 28, 2016 until the date of the entry of this judgment.

9145799_1

1    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff **BRANCH BANKING AND TRUST COMPANY** and against the above-captioned Defendants **THE ESTATE OF SAIID FOROUZAN RAD AND AKBAR RAGSTOO DAMAVANDI, and PHILLIP NOURAFCHAN**, jointly and severally, in the amount of **$46,049,177.47**, together with interest accruing from September 27, 2016.

**IT IS FURTHER ORDERED AND ADJUDGED** that the judgment amount shall accrue interest at the legal rate from the date of the entry of this judgment until it is paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Branch Banking and Trust is entitled to reasonable attorneys' fees and costs in the amount to be determined by this Court. If Branch Banking and Trust Company seeks to recover those fees and costs, it shall file a motion with appropriate documentation within 14 days of entry of this judgment.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: October 13, 2016