J. Stephen Peek, Esq.
Nevada Bar No. 1758
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
jspeek@hollandhart.com;
jgwent@hollandhart.com

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF SAIID FOROUZAN RAD AND AKBAR RAGSTOO DAMAVANDI; PHILLIP NOURAFCHAN, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO: 2:14-cv-01947-APG-PAL<br><br>**ORDER CHARGING JUDGMENT DEBTOR PHILLIP NOURAFCHAN'S MEMBERSHIP INTEREST IN RPN LLC AND JUDGMENT DEBTOR THE ESTATE OF SAIID FOROUZAN RAD AND AKBAR RAGSTOO DAMAVANDI'S STOCK IN FOROUZAN, INC.** |

On April 28, 2017, Branch Banking and Trust Company ("BB&T") filed its motion (the "Motion") for an order charging the membership interest of Defendant / Judgment Debtor Phillip Nourafchan ("Nourafchan") in RPN LLC, a Nevada limited liability company ("RPN"), and Defendant / Judgment Debtor The Estate of Saiid Forouzan Rad and Akbar Ragstoo Damavandi's, Special Administrator (the "Estate") (together with Nourafchan, the "Judgment Debtors"), stock in Forouzan Inc., a Nevada corporation ("Forouzan"), with payment of the unsatisfied judgment against Nourafchan and the Estate that was entered in this action. This Court, having been fully advised in the premises and good cause appearing, hereby orders as follows.

9797494_1

1. A charging order is hereby entered in favor of BB&T and shall be enforced in accordance with NRS 86.401 against the limited liability company interest of Nourafchan in RPN.

2. A charging order is hereby entered in favor of BB&T and shall be enforced in accordance with NRS 78.746(1) against the stock of the Estate in Forouzan.

3. The charging order shall constitute a lien on the Judgment Debtors' ownership interests in RPN and Forouzan upon entry of this order.

4. Any distribution on account of Nourafchan's limited liability company interest in RPN shall be paid over to BB&T or its attorneys until such time as Nourafchan has satisfied all of his payment obligations to BB&T pursuant to the judgment entered herein. *See* ECF No. 52.

5. Any distribution on account of the Estate's stock in Forouzan shall be paid over to BB&T or its attorneys until such time as the Estate has satisfied all of his payment obligations to BB&T pursuant to the judgment entered herein. *Id.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 16, 2017.

9797494_1