AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Branch Banking and Trust Company

Plaintiff,

V.

The Estate of Saiid Forouzan Rad, et al

Defendants.

Attorney Fees
**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01947-APG-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered for Attorney's Fees in favor of plaintiff against defendant in the amount of $62,412.82 and $233.50 in nontaxable costs pursuant to Order #68

| | |
|---|---|
| June 19, 2017 | /s/ Debra K. Kempi |
| Date | Clerk |
| | /s/ Justin Matott |
| | (By) Deputy Clerk |